NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RYANT TRIMALE PRATT, | No. 18-15148 |
| Plaintiff-Appellant, | D.C. No. 3:16-cv-01129-JD |
| v. | |
| B. HEDRICKS, Warden; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
James Donato, District Judge, Presiding

Submitted September 12, 2018**

Before:    LEAVY, HAWKINS, and TALLMAN, Circuit Judges.

California state prisoner Ryant Trimale Pratt appeals pro se from the district

court's summary judgment in his 42 U.S.C. § 1983 action alleging a due process

violation stemming from his disciplinary hearing.  We have jurisdiction under 28

U.S.C. § 1291.  We review de novo.  *Lopez v. Smith*, 203 F.3d 1122, 1131 (9th Cir.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

2000) (en banc).  We affirm.

The district court properly dismissed Pratt's due process claim arising from a July 2013 disciplinary hearing because the result of that disciplinary hearing was overturned on appeal.  *See Frank v. Schultz*, 808 F.3d 762, 764 (9th Cir. 2015) (administrative reversal may cure due process violations).

We do not consider matters not specifically and distinctly raised and argued in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Appellees' motion to strike (Docket Entry No. 14) is denied.

**AFFIRMED.**